BEFORE THE SECOND DIVISION, JUNE 25, 1940

**No. 44014.**—Protests 807635–G/10618, etc., of Gulf & Pacific Brokerage Co. et al. (New Orleans).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.